UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
CHRISTIAN SANCHEZ, :
:
Plaintiff, :
: 22-CV-2418 (VSB)
-against- :
: **ORDER**
THE HEAT FACTORY, INC., :
:
Defendant. :
-----------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

     On May 16, 2022, I granted Defendant an extension of time to respond to the complaint filed in this action. (Doc. 19.) Due to this, Defendant had to respond to the complaint by June 2, 2022. (*Id.*) That deadline has now expired, but Defendant has not filed anything in response to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, he is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than June 23, 2022. If Plaintiff fails to do so or otherwise demonstrates that he does not intend to prosecute, I will dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:   June 6, 2022
           New York, New York

                                                        Vernon S. Broderick
                                                        United States District Judge