```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
CRISTIAN SANCHEZ,                                           :
                                                            :
                              Plaintiff,                    :
                                                            :      22-CV-2418 (VSB)
              -against-                                     :
                                                            :            ORDER
THE HEAT FACTORY, INC.,                                     :
                                                            :
                              Defendant.                    :
                                                            :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

      On October 6, 2022, I ordered Defendant to file a letter indicating whether its motion to dismiss should be deemed moot without prejudice to refile a new motion to dismiss, or if I should evaluate Defendant's current motion to dismiss in light of the facts alleged in the amended complaint. (Doc. 18.) Defendant filed a letter on October 13, 2022 stating that "defendant believes that [the amended complaint] obviated some – but not all – of defendant's original motion to dismiss," and therefore Defendant plans to file a new motion to dismiss. (Doc. 19.) Accordingly, it is hereby:

      ORDERED that Defendant shall file a new motion to dismiss in accordance with Federal Rule of Civil Procedure 15(a)(3) by October 28, 2022.

SO ORDERED.

Dated: October 18, 2022
       New York, New York

                                                    Vernon S. Broderick
                                                    United States District Judge